1  Timothy V. Magill, Esq., 082398
   MAGILL LAW OFFICES
2  5084 North Fruit Avenue, Suite 106
   Fresno, California 93711
3  Telephone : (559) 229-3333
   Facsimile: (559) 229-4234
4

5
   Attorney for Defendant, SUKHWINDER SINGH
6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           ) Case No.: CRF-04-5356-AWI
                                         )
12              Plaintiff,               ) ORDER FOR COPY OF SUKHWINDER
                                         ) SINGH'S PASSPORT
13        vs.                            )
                                         )
14  NIJJAR BROTHERS TRUCKING, INC., et   )
    al.,                                 )
15                                       )
                Defendants.              )
16                                       )

17  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

18
        UPON GOOD CAUSE BEING SHOWN, at the hearing on November 21, 2005, the court
19
    orders the clerk to provide to Sukhwinder Singh's counsel, Timothy V. Magill, a copy (whether
20
    by Xerox or photocopy) of the passport for Sukhwinder Singh.
21

22

23

24  IT IS SO ORDERED.

25  **Dated:   November 22, 2005**            **/s/ Anthony W. Ishii**
    0m8i78                              UNITED STATES DISTRICT JUDGE
26

27

28