```
 1  ANTHONY P. CAPOZZI, CSBN 068525
    LAW OFFICES OF ANTHONY P. CAPOZZI
 2  1233 W. Shaw Avenue, Suite 102
    Fresno, CA  93711
 3  Telephone:  (559) 221-0200
    Fax:  (559) 221-7997
 4  E-mail:  capozzilaw@aol.com

 5  Attorney for Defendant,
    SUKHWINDER SINGH
 6
```



FILED
JAN - 5 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>SUKHWINDER SINGH,<br><br>      Defendant. | Case No.: CR-F-04-5356 AWI<br><br>STIPULATION FOR DEFENDANT SUKHWINDER SINGH TO LEAVE COUNTRY |

Defendant, SUKHWINDER SINGH, by and through, Anthony P. Capozzi, respectfully requests that his passport be returned and for permission to temporarily leave the Eastern District of California and the United States from Thursday, January 11, 2007 to Tuesday, February 20, 2007.

Mr. Singh respectfully makes this request so that he may travel to India, where his family lives. Mr. Singh has been summoned to testify in India on a family court matter. (A copy of the summons is attached.)

1  The address where Mr. Singh will be staying is VPO - Kot Kalan, Dist. Jalandhar, Punjab. The telephone number is 011-91-981-586-7674.

Assistant United States Attorney, Mark Cullers has been contacted and has no objection to this request.

Mr. Singh has been under the supervision of Pretrial Services for two years with a $200,000.00 property bond. Mr. Singh has complied with all of the conditions of his release under the bond, and with all the requests made of him by Pretrial Services, and Pretrial Services has no objection to this request.

Mr. Singh will return his passport to the court upon his return to the United States.

Respectfully submitted,

Dated:   January 4, 2007

*Anthony P Capozzi*

Anthony P. Capozzi,
Attorney for Defendant,
Sukhwinder Singh

1/5/07

It is so Ordered. Dated: 1-5-07

United States District Judge

- 2 -

**ORDER**

Good cause having been shown, Mr. Singh's conditions of release shall be modified to allow him to travel to Punjab, India, to testify in a court matter. Mr. Singh shall leave the Eastern District of California on January 11, 1007 and return on February 20, 2007.

Mr. Singh's passport shall be returned by the court to allow him to travel for the purposes of this trip. Mr. Singh shall return the passport to the court upon his return to the Eastern District of California.

Dated:    January 5, 2007

_____
Honorable Anthony W. Ishii
U.S. District Court Judge



पंजाब PUNJAB     **AFFIDAVIT**     D 684942

    I, Joginder Singh son of S. Beant Singh, resident of Village Kot Kalan, Tehsil and District Jalandhar, (Punjab) India, do hereby solemnly affirm and declare as under: -

1. That Sukhwinder Singh alias Babby (NRI) is my son and has been residing in United States of America in California State.

2. That a case has been pending in the court of Mrs. Amarjot Bhatti, learned Additional District and Sessions Judge, Jalandhar, Punjab (India) titled Satnam Singh and another Vs. Gram Panchayat of Village Kot Kalan and Sukhwinder Singh alias Babby (NRI) alongwith others (deponent's son), and is fixed for 22-1-2007.

3. That the deponent is an old man of more than 60 years and is unable to attend the court on behalf of above Sukhwinder Singh alias Babby, my so, since the deponent is heart patient.

4. That the deponent remains generally ill and the health of the deponent even does not allow him to move about.

5. That the presence of deponent's son Sukhwinder Singh alias Babby is urgently required in the court.

*AFFIDAVIT ATTESTED*

NOTARY, Jalandhar Pb. ( India )

16 DEC 2006

Joginder S/
Deponent.

Verification.
Verified that the contents of my above affidavit are true and correct to the best of my knowledge, belief and nothing kept concealed from therein.
Verified at Jalandhar this 16th day of December, 2006.

Joginder S/
Deponent.

.LON

CHAMBER NO. 95,
NEW COURTS,
JALANDHAR CITY
PHONE : 5082224

Dated... 16-12-06

## ⊿OM IT MAY CONCERN.

.ertified that a case titled Satnam Singh and another Versus Gram ⊿nchayat of Village Kot Kalan, Tehsil and District Jalandhar and Shri Sukhwinder Singh alias Babby (N.R.I.) son of Shri Joginder Singh, resident of Village Kot Kalan, Tehsil and District Jalandhar (Punjab), India, at present residing in U.S.A., has been pending in the court of Mrs. Amarjot Bhatti, Additional District Judge, Jalandhar, Punjab, (India) and the appearance of Sh. Sukhwinder Singh alias Babby in the above noted appeal is urgently required for his appearance in the court in the above appeal for 22-1-2007.

DARSHAN␣␣␣␣␣␣DHILLO.,
ADVOCATE:
13-E Money Colony, & Chamber
No.95 New Courts, Jalandhar.
Off:2223 / Chamber-5082224
Resi.: 0015-2069

IN THE COURT OF MRS AMARJIT

Bhatti ASJ Jalandhar.
Case No. C.A. 48/06
Dt. of Instt. 28.3.06
Dt. of hearing 25.10.06
(1) Satnam Singh S/o Shankar Singh
(2) Tarsem Singh S/o Sohan Singh both r/o Vill. Kot Kalan, Teh. and Distt. Jalandhar

...Plaintiff

V/s

(4) Sukhwinder Singh @ Babbi (NRI) S/o Joginder Singh r/o Vill. Kot Kalan Teh. and Distt. Jalandhar.

...Defendant

Notice to:

Sukhwinder Singh @ Babbi (NRI) S/o Joginder Singh r/o Vill. Kot Kalan Teh. and Distt. Jalandhar.

Whereas it has been proved to the satisfaction of the Court that the defendants above noted cannot be served in the ordinary way of service. Hence this proclamation under Order 5 Rule 20 CPC is hereby issued against them and they should appear personally or through their Counsel on 25.10.06 at 10 a.m. failing which exparte proceedings shall be taken against him/them.

Given under my hand and the seal of the court on this 4th day of 10, 2006.

Sd/-
Addl. Distt. & Sessions Judge, Jalandhar.

A6-35467