**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR F 04-5356 AWI |
| Plaintiff, ) | |
| ) | STIPULATION REGARDING |
| v. ) | DEFENDANT SUKHWINDER |
| ) | SINGH'S REQUEST TO |
| SUKHWINDER SINGH, ) | LEAVE COUNTRY |
| Defendant. ) | |
| _____ ) | |

Defendant, SUKHWINDER SINGH, by and through, Anthony P. Capozzi, was granted permission by this Court to travel to India and to return to the United States on Tuesday, February 20, 2007.

    The purpose of Mr. Singh's trip was to visit family and appear in a family court matter to which he was summoned.  Due to circumstances beyond Mr. Singh's control, his court appearance was continued and Mr. Singh has yet to return to this country.  (A copy of the summons and declaration is attached.)  Mr. Singh is now scheduled to appear before the court in India on March 15, 2007 and is scheduled to return to the United States on March 20, 2007.

    The address where Mr. Singh is staying is VPO – Kot Kalan, Dist. Jalandhar, Punjab. The telephone number is 011-91-981-586-7674.

Assistant United States Attorney, Mark Cullers has been contacted and has no objection to this request.

Mr. Singh will return his passport to the court upon his return to the United States.

Respectfully submitted,

Dated: March 6, 2007

/s/ Anthony P. Capozzi

Anthony P. Capozzi,
Attorney for Defendant,
Sukhwinder Singh

Dated: March 6, 2007

/s/ Mark Cullers

Mark Cullers,
Assistant United States Attorney

## **ORDER**

Good cause having been shown, Mr. Singh's conditions of release have been modified to allow him to travel to Punjab, India, to testify in a court matter. Due to a continuance in the court matter, Mr. Singh's leave of the Eastern District of California shall now be continued to March 20, 2007.

Mr. Singh's passport shall be returned by the court to allow him to travel for the purposes of this trip. Mr. Singh shall return the passport to the court upon his return to the Eastern District of California.

IT IS SO ORDERED.

**Dated:   March 8, 2007**            /s/ Anthony W. Ishii
0m8i78                                 UNITED STATES DISTRICT JUDGE