Timothy V. Magill, Esq., 082398
MAGILL LAW OFFICES
5084 North Fruit Avenue, Suite 106
Fresno, California  93711
Telephone : (559) 229-3333
Facsimile: (559) 229-4234

Attorney for Defendant, SUKHWINDER SINGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NIJJAR BROTHERS TRUCKING, INC, et al.,<br><br>Defendants. | Case No.:  1: 04-CR-05356-AWI<br>(Consolidated with 1:06-CR-00004 AWI)<br><br>**ORDER**<br><br>Honorable Anthony W. Ishii |

    Good cause having been shown, Mr. Singh's conditions of release have been modified to allow him to travel to Punjab, India, to testify in a court matter.  Mr. Singh shall leave the Eastern District of California on December 29, 2007 and return on January 25, 2008.

    Mr. Singh's passport shall be returned by the court to allow him to travel for the purposes of this trip.  Mr. Singh shall return the passport to the court upon his return to the Eastern District of California.

IT IS SO ORDERED.

**Dated:   December 18, 2007**              **/s/ Anthony W. Ishii**
                                                                          UNITED STATES DISTRICT JUDGE