Timothy V. Magill, Esq., 082398
MAGILL LAW OFFICES
5084 North Fruit Avenue, Suite 106
Fresno, California 93711
Telephone : (559) 229-3333
Facsimile: (559) 229-4234

Attorney for Defendant, SUKHWINDER SINGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NIJJAR BROTHERS TRUCKING, INC, et al.,<br><br>　　　　Defendants. | Case No.:  1: 04-CR-05356-AWI<br>(Consolidated with 1:06-CR-00004 AWI)<br><br>**ORDER RE: WAIVER OF APPEARANCE**<br><br>Date:　　　January 7, 2008<br>Time;　　　2:00 p.m.<br>Courtroom:　2<br>Honorable Anthony W. Ishii |

**ORDER**

　　Good cause appearing,

　　IT IS HEREBY ORDERED that defendant SUKHWINDER SINGH is hereby excused from appearing at the Sentencing Hearing scheduled for January 7, 2008, at 2:00 p.m., and that he is to appear at all future hearings in this matter, as ordered.

IT IS SO ORDERED.

Dated:   January 4, 2008　　　　　　　　　/s/ Anthony W. Ishii

　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER RE: WAIVER OF APPEARANCE