# United States District Court

## EASTERN DISTRICT OF CALIFORNIA



FILED

FEB 2 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

)
**United States of America** )
**vs.** ) **Case Nos.**
**SUKWINDER SINGH** ) 04-5356 AWI
)

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___SUKHWINDER SINGH___ , have discussed with _____Kimberly M. Dalton_____ , Supervisory Pretrial Services Officer, modifications of my release conditions as follows:

That the conditions of pretrial release requiring approval of the Pretrial Services Agency for travel outside the United States, and residence changes or absences of more than 24 hours; the required submission of proof of employment to Pretrial Services, and reporting to and compliance with the rules and regulations of the Pretrial Services Agency; be vacated. All other previously imposed conditions of pretrial release remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

__Sukhwinder Singh__          __2-12-08__                    __Kimberly M. Dalton__          __2/12/08__
Signature of Defendant          Date                    Pretrial Services Officer          Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                    __2/25/08__
Signature of Assistant United States Attorney                    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    __2/13/08__
Signature of Defense Counsel                    Date

## ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on __2-25-08__ .

☐ The above modification of conditions of release is *not* ordered.

_____                    __2-21-08__
Signature of Judicial Officer                    Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services