## United States District Court
### EASTERN DISTRICT OF CALIFORNIA



FILED

FEB 2 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

|  |  |
|---|---|
| **United States of America** )<br>vs. )<br>**SUKWINDER SINGH** )<br>) | **Case Nos.**<br>04-5356 AWI |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __SUKHWINDER SINGH__, have discussed with __Kimberly M. Dalton__, Supervisory Pretrial Services Officer, modifications of my release conditions as follows:

That the conditions of pretrial release requiring approval of the Pretrial Services Agency for travel outside the United States, and residence changes or absences of more than 24 hours; the required submission of proof of employment to Pretrial Services, and reporting to and compliance with the rules and regulations of the Pretrial Services Agency; be vacated. All other previously imposed conditions of pretrial release remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Sukhwinder Singh_     2-12-08          _Kimberly M Dalton_     2/12/08
Signature of Defendant      Date                 Pretrial Services Officer     Date

I have reviewed the conditions and concur that this modification is appropriate.

_____            2/25/08
Signature of Assistant United States Attorney       Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____            2/13/08
Signature of Defense Counsel                    Date

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on   2-25-08  .

☐ The above modification of conditions of release is *not* ordered.

_____            2-21-08
Signature of Judicial Officer                     Date

cc:     U.S. Attorney's Office, Defense Counsel, Pretrial Services