Timothy V. Magill, Esq., 082398
MAGILL LAW OFFICES
5084 North Fruit Avenue, Suite 106
Fresno, California 93711
Telephone : (559) 229-3333
Facsimile: (559) 229-4234

Attorney for Defendant, SUKHWINDER SINGH

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>NIJJAR BROTHERS TRUCKING, INC, et al.,<br><br>            Defendants.<br>_____/ | Case No.:  1: 04-CR-05356-AWI<br>(Consolidated with 1:06-CR-00004 AWI)<br><br>ORDER<br><br>Honorable Anthony W. Ishii |

Good cause having been shown, Sukhwinder Singh's conditions of release have been modified to allow him to travel to Punjab, India, to testify in a court matter.  Mr. Singh shall leave the Eastern District of California on Thursday, May 1, 2008 and return on Monday, June 30, 2008.

Mr. Singh's passport shall be returned by the court to allow him to travel for the purposes of this trip.  Mr. Singh shall return the passport to the court upon his return to the Eastern District of California.

IT IS SO ORDERED.

Dated:     April 18, 2008                              /s/ Anthony W. Ishii
                                                    UNITED STATES DISTRICT JUDGE