Timothy V. Magill, Esq., 082398
MAGILL LAW OFFICES
5084 North Fruit Avenue, Suite 106
Fresno, California  93711
Telephone : (559) 229-3333
Facsimile: (559) 229-4234


Attorney for Defendant, SUKHWINDER SINGH




UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>NIJJAR BROTHERS TRUCKING, INC, et al.,<br><br>            Defendants. | Case No.:  1: 04-CR-05356-AWI<br>(Consolidated with 1:06-CR-00004 AWI)<br><br>**ORDER RE: WAIVER OF APPEARANCE**<br><br>Date:         June 2, 2008<br>Time;         1:30 p.m.<br>Courtroom:    2<br>Honorable Anthony W. Ishii |

### ORDER

   Good cause appearing,

   IT IS HEREBY ORDERED that defendant SUKHWINDER SINGH is hereby excused from appearing at the Sentencing Hearing scheduled for June 2, 2008, at 1:30 p.m., and that he is to appear at all future hearings in this matter, as ordered.


IT IS SO ORDERED.



Dated:   **June 2, 2008**                    ___/s/ Anthony W. Ishii_____

                                             UNITED STATES DISTRICT JUDGE