**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1: 04-CR-05356-AWI |
| ) | (Consolidated with 1:06-CR-00004 AWI) |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER ON REQUEST FOR RETURN OF PASSPORT FOR RENEWAL |
| ) | |
| NIJJAR BROTHERS TRUCKING, ) INC, et al., | |
| ) | |
| Defendants ) | |

Defendant Sukhwinder Singh filed a request for the return of his passport. The sole purpose of the request is so that Defendant Sukhwinder Singh may renew his passport. The request states in pertinent part:

"SUKHWINDER SINGH's passport expires within the next three (3) weeks. (See attached copy). In light of the backlog and difficulty in obtaining passports, it is requested that the Court return the passport solely for Mr. SUKHWINDER SINGH to utilize to obtain a new passport. Upon obtaining a new passport, he will surrender it to the Court upon the Court's order or request. The only purpose for returning the passport at this time is so that Mr. SUKHWINDER SINGH can apply for a new passport as his passport is expiring, after ten years, on or about August 27, 2008."

The Assistant United States Attorney assigned to this case has consented to the return of Defendant Sukhwinder Singh's passport on condition that, the passport will be returned for the sole purpose of renewing it and that the new passport will be immediately returned to the probation department.

Accordingly, in light of the stipulation by the parties, IT IS HEREBY ORDERED that the passport of Defendant Sukhwinder Singh shall be returned to his attorney, Timothy Magill, for the sole purpose of renewing it.  It is further ordered that upon receipt of the renewed passport, Defendant Sukhwinder Singh will immediately surrender the renewed passport to the probation department.

IT IS SO ORDERED.

Dated:    **August 11, 2008**               /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE

2