UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Anthony W. Ishii
Senior United States Judge
Fresno, California

                            RE:    SINGH, Sukhwinder
                                    Docket Number:  1:04CR05356-05 AWI
                                    **PERMISSION TO TRAVEL**
                                    **OUTSIDE THE COUNTRY**

Your Honor:

The probationer is requesting permission to travel to Punjab, India.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On July 21, 2008, Sukhwinder Singh was sentenced for the offense of 18 UCS 1001 and 2, False Statements to a Government Agency and Aiding and Abetting.

**Sentence imposed:**  Probationer was sentenced to 24 months probation, $100 special assessment fee, 180 days electronic monitoring, and $100 special assessment fee.

**Dates and Mode of Travel:**  Probationer will be traveling by air and his dates of travel are March 13, 2009, to May 10, 2009.

**Purpose:** Probationer has been suffering with stomach issues since September 2007 and is requesting to return to India to seek medical treatment.   According to probationer, he was treated in India in July 2008, and the treatment he underwent was effective.

**RE:** **SUKHWINDER, Singh**
**Docket Number:   1:04CR05356-05 AWI**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

/s/ Marlene K. DeOrian

**Marlene K. DeOrian**
**Senior United States Probation Officer**

**DATED:**     February 19, 2009
               Fresno, California
               MKD

**REVIEWED BY:**      /s/ Hubert J. Alvarez
                      **Hubert J. Alvarez**
                      **Supervising United States Probation Officer**

**RE:    SUKHWINDER, Singh
        Docket Number:   1:04CR05356-05 AWI
        PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

---

**ORDER OF THE COURT:**

Approved _____**x**_____          Disapproved _____

IT IS SO ORDERED.

**Dated:   February 24, 2009**            _____/s/ Anthony W. Ishii_____
                                          CHIEF UNITED STATES DISTRICT JUDGE