

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Anthony W. Ishii
Chief United States District Judge
Fresno, California

                    RE:    SINGH, Sukhwinder
                             Docket Number: 1:04CR05356-05 AWI
                             **PERMISSION TO TRAVEL**
                             <u>**OUTSIDE THE COUNTRY**</u>

Your Honor:

The probationer is requesting permission to travel to Punjab, India. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On July 21, 2008, Sukhwinder Singh was sentenced for the offense of 18 USC 1001 and 2, False Statements to a Government Agency and Aiding and Abetting.

**Sentence imposed:** Probationer was sentenced to 24 months probation, $100 special assessment fee, 180 days electronic monitoring, and $100 special assessment fee.

**Dates and Mode of Travel:** Probationer will be traveling by air and his dates of travel are September 2, 2009, to October 21, 2009.

**Purpose:** Probationer is requesting to return to India, to seek additional medical treatment to address his stomach issues. He has been suffering with stomach issues since September 2007, and feels that his treatment in India is more effective, than the treatment he is currently receiving.

RE: **SUKHWINDER, Singh**
**Docket Number:   1:04CR05356-05 AWI**
<u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully Submitted,

/s/ Marlene K. DeOrian

**Marlene K. DeOrian**
**Senior United States Probation Officer**

DATED:   August 19, 2009
Fresno, California
MKD

REVIEWED BY:   /s/ Hubert J. Alvarez
**Hubert J. Alvarez**
**Supervising United States Probation Officer**

RE: **SUKHWINDER, Singh**
Docket Number: 1:04CR05356-05 AWI
<u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>

---

**ORDER OF THE COURT:**

Approved ___X___   Disapproved _____

___8-26-09___
**Date**

_(signature)_
Anthony W. Ishii
Chief United States District Judge